## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| Heritage Auctions, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:12-cv-01745-GMN-PAL |
| vs. | ) | |
| | ) | **ORDER** |
| Benson Hopp, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is the Motion to Withdraw (ECF No. 15) filed by Hutchison & Steffen, LLC, counsel for Defendant Benson Hopp.

Attorneys Patricia Lee and Z. Kathryn Branson, on behalf of Hutchison & Steffen, LLC, seek to withdraw as counsel of record for Defendant/Third-Party Plaintiff Benson Hopp. The Motion represents that Mr. Hopp has failed to pay counsel for legal services rendered and has instructed the firm to take no further action in this matter. District of Nevada Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result."

On January 5, 2012, Mr. Hopp filed this case as a miscellaneous action to register and enforce a foreign judgment obtained by Mr. Hopp in the United States District Court for the Northern District of Texas. (*See* Registration, ECF No. 1.) When counsel filed the instant Motion to Withdraw, this case was assigned a civil case number. (*See* Notice, ECF No. 17.)

Having reviewed and considered the matter, and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion to Withdraw (ECF No. 15) is **GRANTED**.

**IT IS FURTHER ORDERED** that Benson Hopp shall have until November 19, 2012, in which to retain new counsel who shall file a notice of appearance in accordance with the

Local Rules of Practice or to file a statement that he will proceed pro se.  Failure to comply with this Order may result in sanctions, including case-dispositive sanctions.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve a copy of this Order on Mr. Hopp at:

>  Mr. Benson Hopp
>  3852 Vinton Avenue, #406
>  Culver City, CA 90232

**DATED** this 31st day of October, 2012.

_____
Gloria M. Navarro
United States District Judge