**NOTC**
Patricia Lee (8287)
Z. Kathryn Branson (11540)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
plee@hutchlegal.com
kbranson@hutchlegal.com

*Former attorneys for defendant/judgment creditor Benson Hopp*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HERITAGE AUCTIONS, INC. d/b/a HERITAGE AUCTION GALLERIES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BENSON HOPP, et al.,<br><br>　　　　Defendants. | Case No. 2:12-cv-01745-KMN-PAL<br><br>**NOTICE OF RELEASE OF ATTORNEYS' LIEN** |
| BENSON HOPP,<br><br>　　　　Third Party Plaintiff,<br><br>v.<br><br>MARIO TRABADO, CLARK COUNTY PUBLIC AUCTIONS, ABELS LANE, LLC, AND SOUTHERN NEVADA MOVERS, INC.,<br><br>　　　　Third Party Defendants. | |

NOTICE IS HEREBY GIVEN THAT:

The undersigned did, on September 26, 2012, file a "Notice of Attorneys' Lien" in the above-entitled matter, previously styled Civil Action No. 2:12-ms-00001.

NOW, THEREFORE, due to Benson Hopp's payment in full and the subsequent discharge of any debt owed to Hutchison and Steffen, LLC, the undersigned hereby discharges

1  its notice of lien against defendant Benson Hopp by reason of this notice of release of lien.

2  DATED this 26th day of March, 2013.

HUTCHISON & STEFFEN, LLC

*Patricia Lee*
Patricia Lee (8287)
Z. Kathryn Branson (11540)
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
plee@hutchlegal.com
kbranson@hutchlegal.com

*Attorneys for defendant/judgment creditor Benson Hopp*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of HUTCHISON & STEFFEN, LLC and that on this 26th day of March, 2013, I caused the above and foregoing document entitled **NOTICE OF RELEASE OF ATTORNEYS' LIEN** to be served as follows:

[ ] by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

[ ] pursuant to LR 5-4, transmission of the NEF constitutes service of the filed document upon each party in the case who is registered as an electronic case filing with the Clerk; and/or

[ ] to be hand-delivered;

[X] by certified mail, return receipt requested;

to the attorney(s)/individuals/entities listed below at the address and/or facsimile number indicated below:

H. Stan Johnson, Esq.
COHEN-JOHNSON, LLC
6293 Dean Martin Dr., #G
Las Vegas, NV 89118
*Attorney for Mario Trabado, Abels Lane, LLC, and Clark County Public Auctions*

Kathryn Holbert, Esq.
LAW OFFICES OF BRIAN SHAPIRO
228 South 4th Street, Suite 300
Las Vegas, Nevada 89101
*Attorney for Benson Hopp*

/s/ Vickii Campbell
An employee of Hutchison & Steffen, LLC

- 3 -